UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

The Honorable Ronald B. Leighton

| | | |
|---|---|---|
| ALFREDO LONGORIA, et al., | ) | |
| Plaintiffs, | ) | NO. CO 6-05098 |
| and | ) | |
| HAROLD CLARKE, et al., | ) | ORDER TO AMEND COMPLAINT |
| Defendants. | ) | |

**THE COURT**, upon Motion of the Plaintiffs, having determined that the Defendants have, through their counsel of record, entered into a stipulation and agreement to permit amendment to the Complaint to add, as a Plaintiff, Edward Wade, and having determined that said stipulation complies with the requirements in FRCP 15(a), and being otherwise fully advised in this matter,

**NOW THEREFORE**

**IT IS ORDERED** that

The complaint shall be amended to add as a party plaintiff, Edward Wade, and the Plaintiffs shall file and serve an Amended Complaint.

**DATED THIS 12th DAY OF SEPTEMBER, 2006**.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Presented by: | Approved as to Form; Notice of Presentation Waived: |

/s/_____   /s/_____
Michael Hanbey, # 7829            Eric A. Mentzer, # 21243
Attorney for Plaintiffs           Assistant Attorney General
                                  Attorney for Defendants

ORDER TO AMEND
COMPLAINT - 2