HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALFREDO LONGORIA et al.,

    Plaintiffs,

v.

HAROLD CLARKE, et al.,

    Defendants.

Case No. C06-5098  RBL

ORDER GRANTING DEFENDANTS' MOTION FOR DEFAULT PURSUANT TO CR 55(b)(2)

THIS MATTER comes before the Court on Defendants' Motion for Default Pursuant to CR 55(b)(2). Defendants ask this Court to dismiss Plaintiff Otis Houston's claims against them, arguing that Houston has failed to comply with discovery requests. Plaintiff Houston responds by voluntarily withdrawing from participation in the case due to health issues. Because Houston has voluntarily withdrawn from the case, Defendants' Motion is GRANTED, and Plaintiff Houston's claims against Defendants are dismissed.

DATED this 5th day of March, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1