FILED ____ LODGED
____ RECEIVED

APR - 1 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

The Honorable Ronald B. Leighton

| | |
|---|---|
| ALFREDO LONGORIA, et al., | |
| Plaintiffs, | NO. C0 6-05098 |
| and | |
| HAROLD CLARKE, et al., | ORDER ON VOLUNTARY NON-SUIT WITH PREJUDICE |
| Defendants. | [~~PROPOS~~ED] |

**THE COURT**, upon Motion of the Plaintiffs, by and through his attorney of record, Wm. Michael Hanbey, and upon stipulation and agreement of the Defendants, by and through their attorneys of record, Eric A. Mentzer, Assistant Attorney General, and D. Thomas Wendel, and for good cause shown, having reviewed the files and records in this cause and being otherwise fully advised in this matter, NOW THEREFORE,

ORDERS, ADJUDGES AND DECREES that:

The Title VII claim of the Plaintiffs and the 42 USC 1985 claim of the Plaintiffs and all remaining claims in this cause ARE and the SAME SHALL BE DISMISSED pursuant to FRCP 41 (a)(2) with prejudice.

Dated this 2nd Day of April 2007.

*[signature]*
Ronald B. Leighton, Judge

ORDER ON VOLUNTARY
NON-SUIT WITH PREJUDICE

Wm. Michael Hanbey, PS
Attorney at Law
P.O. Box 2575
Olympia, WA 98507