HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALFREDO LONGORIA, et al.,

Plaintiffs,

v.

HAROLD CLARKE, et al.,

Defendants.

Case No. C06-5098RBL

ORDER

This matter comes before the Court on the Court's Order to Show Cause [Dkt. #105] why the parties should not be required to reimburse the Court for costs incurred in assembling a jury panel for a trial that the parties averted at the last minute with a stipulation for voluntary non-suit with prejudice. The Court has received the response of the parties who agree that the avoidable costs in the amount of $3,682.26 shall be reimbursed to the Court with one-half being paid by the plaintiffs and one-half being paid by the defendants.

**IT IS SO ORDERED.** Each side will pay to the Clerk of the Court by May 4, 2008, the sum of $1,841.13.

DATED this 16th day of April, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE